NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**SYLVIA M. KITT,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

———————————————

2013-3100

———————————————

Petition for review of the Merit Systems Protection Board in No. AT0752110170-P-1.

———————————————

## ON MOTION

———————————————

### O R D E R

Upon consideration of the Department of the Navy's motion to file its corrected informal brief and attached appendix out of time,

IT IS ORDERED THAT:

The motion is granted. The brief is accepted for filing.

KITT v. NAVY                                                                                    2

FOR THE COURT

/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s26